# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTON LEE,<br><br>   Petitioner,<br><br>  v.<br><br>ANDRE MATEVOUSIAN,<br><br>   Respondent. | Case No. 1:18-cv-00234-EPG-HC<br><br>ORDER GRANTING IN PART REQUEST FOR COPIES<br><br>(ECF No. 12) |

  Petitioner is a federal prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2241.

  On May 11, 2018, the Court received the instant request for copies of all of Petitioner's filings, applications, briefs, etc. given that Petitioner has been in transit since February 21. (ECF No. 12). Attached to the request is a memorandum, dated May 4, 2018, from a counselor at the United States Penitentiary Lewisburg that states that Petitioner has had no access to his legal material and has not yet received his property. (ECF No. 12 at 2). Good cause having been presented, the Court will grant in part Petitioner's request for copies.[1]

  However, Petitioner is advised that the Court will not grant further requests for copies of pleadings or other documents in the Court's file. If Petitioner requires copies of documents filed in this case, he is advised that the Schedule of Fees for the U.S. District Court for the Eastern

---

[1] The Court notes that the order to show cause and order granting extension of time were mailed to Petitioner's current address at USP Lewisburg.

1

District of California requires a prepayment of fifty cents per page for documents in the Court's file.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for copies (ECF No. 12) is GRANTED IN PART; and
2. The Clerk's Office is DIRECTED to send to Petitioner copies of the docket sheet and the petition (ECF No. 1).

IT IS SO ORDERED.

Dated: **May 15, 2018**

/s/ Ericc P. Groj
UNITED STATES MAGISTRATE JUDGE