# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTON LEE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ANDRE MATEVOUSIAN,<br><br>　　　　Respondent. | Case No. 1:18-cv-00234-DAD-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR COPY<br><br>(ECF No. 26) |

Petitioner is a federal prisoner who proceeded *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2241.

On December 26, 2018, the Court received the instant request for a copy of Petitioner's Rule 59(e) motion. (ECF No. 26). The Court will grant Petitioner's request for a copy, but Petitioner is advised that the Court will not grant further requests for copies of pleadings or other documents in the Court's file. If Petitioner requires copies of documents filed in this case, he is advised that the Schedule of Fees for the U.S. District Court for the Eastern District of California requires a prepayment of fifty cents per page for documents in the Court's file.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for copy (ECF No. 26) is GRANTED; and
2. The Clerk's Office is DIRECTED to send to Petitioner a copy of the Rule 59(e) motion for reconsideration (ECF No. 23).

IT IS SO ORDERED.

Dated: **December 28, 2018**          /s/ *Erin P. Grosj*
                                      UNITED STATES MAGISTRATE JUDGE