# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTON LEE,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Respondent. | Case No. 1:18-cv-00234-DAD-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR COPY<br><br>(ECF No. 32) |

Petitioner is a federal prisoner who proceeded *pro se* in a habeas corpus action. The Court dismissed the petition on November 19, 2018, and Petitioner filed a notice of appeal that has been processed to the Ninth Circuit. (ECF Nos. 21, 25, 28). Petitioner now requests a copy of "his Motion to Show Cause to adequately prepare his brief for appeal to the Ninth Circuit in accordance with Rule 28(a)(8)(A)." (ECF No. 32 at 1).

The Court notes that where, as in the instant case, "a petition purportedly brought under § 2241 is merely a 'disguised' § 2255 motion, the petitioner cannot appeal from the denial of that petition without a" certificate of appealability. Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008). This Court declined to issue a certificate of appealability, (ECF No. 21), and the Ninth Circuit has yet to issue one. Therefore, Petitioner's purported need to prepare an appellate brief does not warrant granting the request for a copy.

///

1

1    Further, on December 28, 2018, this Court previously granted Petitioner's motion for a copy of his Rule 59(e) motion, but "advised that the Court will not grant further requests for copies of pleadings or other documents in the Court's file." (ECF No.27). If Petitioner requires copies of documents filed in this case, he is advised that the Schedule of Fees for the United States District Court for the Eastern District of California requires a prepayment of fifty cents per page for documents in the Court's file.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for copy (ECF No. 32) is DENIED.

IT IS SO ORDERED.

Dated: **March 14, 2019**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE